### 40914. WRIGLEY et al. v. NOTTINGHAM.

PER CURIAM. The judgment of this court in *Wrigley v. Nottingham,* 111 Ga. App. 404 (141 SE2d 859), having been reversed by the Supreme Court of Georgia in *Nottingham v. Wrigley,* 221 Ga. 386 (144 SE2d 749), the judgment of this court is vacated. The judgment of this court must be conformed to that of the Supreme Court. Accordingly, the judgment of the trial court is

*Affirmed. Bell, P. J., Jordan and Eberhardt, JJ., concur.*

DECIDED NOVEMBER 9, 1965.

*Claude Hambrick,* for plaintiffs in error.

*Grant, Spears & Duckworth, William H. Duckworth, Jr.,* contra.